1

2

3

4

5

6             UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8   HENRY E. YOUNG,

9                          Petitioner,        Case No. C17-272-RSL

10          v.
                                              ORDER TRANSFERRING CASE TO
11  RON HAYNES,                                NINTH CIRCUIT

12                         Respondent.

13

14        The Court, having reviewed the Report and Recommendation of the Honorable James P.

15  Donohue, Chief United States Magistrate Judge, any objections thereto, and the remaining

16  record, hereby ORDERS:

17        (1)     The Report and Recommendation is approved and adopted.

18        (2)     Petitioner's federal habeas petition is TRANSFERRED to the Ninth Circuit Court

19  of Appeals as a second or successive petition. Petitioner is advised that this transfer does not of

20  itself constitute compliance with 28 U.S.C. § 2244(b)(3) and Ninth Circuit Rule 22-3. Petitioner

21  must still file a motion for leave to proceed in the Court of Appeals and make the showing

22  required by § 2244(b)(2).

23

    ORDER TRANSFERRING CASE
    TO NINTH CIRCUIT - 1

1      (3)     The Clerk is directed to administratively close this case and to transfer all original

2  documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the

3  petition and of this Order in the file. The Clerk is further directed to send a copy of this Order to

4  petitioner and to the Honorable James P. Donohue.

5        DATED this 28ᵗ day of __March__ , 2017.

6

7

8                        ROBERT S. LASNIK
                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER TRANSFERRING CASE
TO NINTH CIRCUIT - 2